

1    **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2    Name _CARRANZA_ , _ISMAEL_    _T._
         (Last)         (First)         (Initial)

3
     Prisoner Number   _V-52236_

4
     Institutional Address _P.O. Box  8504_

5

6    ========================================================

7    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

8    _ISMAEL TOVAR CARRANZA_    )
     (Enter the full name of plaintiff in this action.)    )

9                                        )
                                         )
10                  vs.                   )    Case No. _____
                                         )    (To be provided by the clerk of court)
11   _JAMES  A. YATES, WARDEN_           )
                                         )    **PETITION FOR A WRIT**
12   _____     )    **OF HABEAS CORPUS**
                                         )                      **(PR)**
13   _____     )
                                         )
14   _____     )
     (Enter the full name of respondent(s) or jailor in this action)    )

15   ========================================================

16                   Read Comments Carefully Before Filling In

17   When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

     PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14          <u>County Superior Court</u>          <u>Contra Costa</u>

15                 Court                            Location

16          (b)    Case number, if known <u>5-040 321-2</u>

17          (c)    Date and terms of sentence <u>September 20, 2004</u>

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)        Yes <u>X</u>    No ____

20                 Where?

21          Name of Institution: <u>Pleasant Valley State Prison</u>

22          Address: <u>P.O. Box 8504, Coolinga, Ca. 93210</u>

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  <u>Count One Murder Penal Code §187, using a firearm and</u>

27  <u>Count Two Penal Code §§ 187/664, using a firearm</u>

28  _____

PET. FOR WRIT OF HAB. CORPUS      - 2 -

1    3. Did you have any of the following?

2        Arraignment:                          Yes _✗_    No _____

3        Preliminary Hearing:                  Yes _✗_    No _____

4        Motion to Suppress:                   Yes _✗_    No _____

5    4. How did you plead?

6        Guilty _____    Not Guilty _✗_    Nolo Contendere _____

7        Any other plea (specify) _MOTION TO DISMISS_____

8    5. If you went to trial, what kind of trial did you have?

9        Jury _✗_    Judge alone _____    Judge alone on a transcript _____

10   6. Did you testify at your trial?                  Yes _✗_    No _____

11   7. Did you have an attorney at the following proceedings:

12       (a)    Arraignment                    Yes _✗_    No _____

13       (b)    Preliminary hearing            Yes _✗_    No _____

14       (c)    Time of plea                   Yes _✗_    No _____

15       (d)    Trial                          Yes _✗_    No _____

16       (e)    Sentencing                     Yes _✗_    No _____

17       (f)    Appeal                         Yes _✗_    No _____

18       (g)    Other post-conviction proceeding    Yes _✗_    No _____

19   8. Did you appeal your conviction?                 Yes _✗_    No _____

20       (a)    If you did, to what court(s) did you appeal?

21              Court of Appeal                Yes _✗_    No _____

22              Year: _12 - 03_    Result: _Extradited To California_

23              Supreme Court of California    Yes _✗_    No _____

24              Year: _08-30-06_    Result: _Denied Review_

25              Any other court                Yes _____    No _____

26              Year: _10-30-07_    Result: _Traverse : Returned_

27

28       (b)    If you appealed, were the grounds the same as those that you are raising in this

1            petition?                    Yes _____    No _X_

2       (c)    Was there an opinion?        Yes _X_    No_____

3       (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                        Yes _____    No _X_

5           If you did, give the name of the court and the result:

6           _NORTHERN DISTRICT, Respondent request extension until 09-30-07_

7           _Court request Petitioner To file Traverse before 10-30-07_

8 9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9 this conviction in any court, state or federal?            Yes _____    No _X_

10        [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition. You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15 U.S.C. §§ 2244(b).]

16       (a)    If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding. Attach extra paper if you need more space.

18              I.    Name of Court: _SUPERIOR COURT NORTHERN DISTRICT_

19                    Type of Proceeding: _Traverse_

20                    Grounds raised (Be brief but specific):

21                    a._No proof of evidence by DECLARATION OF BOB GATLIN_

22                    b._ATTORNEY refused To cell Petitioner's witnesses To Testify_

23                    c._Prosecution admission of Folsity Evidence To mislead jury_

24                    d._Carmen Tovar and Agustin Herrera filed false statements_

25                    Result:_Traverse Returned_ _(see EXHIBITS)_ Date of Result:_10-31-07_

26              II.    Name of Court: _____

27                    Type of Proceeding: _____

28                    Grounds raised (Be brief but specific):

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHAEL D. O'REILLEY
State Bar No. 72144
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 |   Telephone: (415) 703-5965
Fax: (415) 703-1234
8 | Attorneys for Respondent

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 |

| | |
|---|---|
| **ISMAEL TOVAR CARRANZA** | No. C 07-1114 MHP (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **JAMES A. YATES, WARDEN,** | |
| Respondent. | |

19 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have

20 | until September 30, 2007, to answer or file another pleading responsive to the petition for writ of

21 | habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse iwth

22 | the Court and serving it on petitioner on or before October 30, 2007.

23 |

24 | DATED: _____

25 | MARILYN HALL PATEL
United States District Judge

26 |

27 |

28 |

[Proposed] Order - *Carranza v. Yates* - C 07-1114 MHP (PR)

I, *ISMAEL TOVAR CARRANZA*_____, declare:

That I am over 18 years of age, and a party to the attached herein cause

of action, that I reside at Pleasant Valley State Prison in the county of

Fresno, California. My mailing address is: *PLEASANT VALLEY STATE PRISON*

*FACILITY D, BUILDING 2, CELL 220-L, POST OFFICE BOX 8504,*

*COALINGA, CALIFORNIA    93210-8504*

On *October   28*, ~~2005~~ *2007*, I delivered to prison officials for the

mailing, at the above address, the attached documents: *TRAVERSE*

*TO RETURN TO PETITION FOR WRIT OF HABEAS*

*CORPUS.*

In sealed envelope(s) with postage fully prepaid, addressed to the following

locations:

(1) *U.S. DISTRICT COURT*

*450 GOLDEN GATE AVENUE*

*SAN FRANCISCO, CALIFORNIA 94102*

(3)_____

(2) *Deputy Attorney General*

*455 Golden Gate Ave., Suite 11000*

*San Francisco, CA. 94102-7004*

(4)_____

I declare under the penalty of perjury that the foregoing is true and correct

to the best of my knowledge.

Executed this *28* day of *October*____, 2005, at Coalinga, CA 93210.

Respectfully submitted,

*Ismael Carranza·T*

1  ISMAEL TOVAR CARRANZA
   PLEASANT VALLEY STATE PRISON
2  P.O. BOX  8504
   COALINGA, CA. 93210
3  IN PRO SE

4

5                SUPERIOR COURT of CALIFORNIA

6                COUNTY of NORTHERN SAN FRANCISCO

7

8  ISMAEL TOVAR CARRANZA,              )   CASE No. 5-040321-2
                    PETITIONER  )
9                                      )   TRAVERSE TO RETURN TO
             v.                        )
10                                     )   PETITION FOR WRIT OF
   JAMES YATES,  WARDEN,               )
11                   RESPONDENT)           HABEAS CORPUS.
                                       )
12                                     )

13

14     I ISMAEL TOVAR CARRANZA, Petitioner, makes this Traverse

15  to Respondent's Return to Show Cause Petition for Writ of

16  Habeas Corpus and alleges as follows:

17     1. Paragraph Number One of Respondent's Return is not true;

18        (a.) True Fact, prosecution allowed Exhibit "6", to consider

19        facsimile weapon as evidence to the jury as evidence, alleging

20        the trial Court to abuse it's Discretion by the Admission of

21        FALSIFY-EVIDENCE Exhibit "6 A", using the firearm as a

22        weapon to mislead the jury as the firearm used in the

23        crime.

24        (b.) True Fact, the trial Court had NO Evidence of the actual

25        weapon used in the crime as proof, trial Court was mislead

26        with false evidence. Mr. Grady Goldman, Santa Clare County

27        Crime Laboratory as the assistant crime Laboratory Direct,

28        Testifed, no weapon was found.

EXHIBIT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

BAKERSFIELD
MOR
29 OCT 2007

USA FIRST-CLASS

ISMAEL TOVAR CARRANZA
P.V.S.P. D-2-220-U
P.O. Box 8504
COALINGA, CA. 93210
V-52236

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

94102+3661

LEGAL

MAIL

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
95  28391

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

III.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

IV.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____    No $\times$

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened?

Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1    need more space. Answer the same questions for each claim.

2        [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5      Claim One: _DECLARATION OF BOB GATLIN, Dated 02-02-04 was never_

6    _read in court as Evidence, nor was he called to Testify._

7    Supporting Facts: _A True copy of the DECLARTION which I have and_

8    _Bob Gatlin is the Chief Court Reporter for the Contra Costa County_

9    _Superior Court, make this declaration in connection with the_

10    _Defendant's motion to dismiss for lack of a speedy Trial._

11    Claim Two: _Petitioner's Two witnesses were never called to Testify_

12    _in court, by his Attorney or counselor._

13    Supporting Facts: _Petitioner's witnesses, Mr. Lui Del Barba, from Oakley, Contra_

14    _Contra Costa, California and Mr. Eddie Viera, from Holt,_

15    _San Joaquin, Colifornia, were never called to testify in court_

16    _which the witnesses informed the Petitioner_

17    Claim Three: _Petitioner arrested by false phone statement report_

18    _and the court never informed Petitioner of the false acquisitions._

19    Supporting Facts: _Carmen Tovar and Agustin Herrera, phoned Contra_

20    _Costa County District Attorney's Office, filed false report to stop_

21    _Petitioner's ATTORNEY GUNSALO DURAN, legal court actions in_

22    _ZACAPU MICH, MEXICO, for legal property Battle settlement._

23        If any of these grounds was not previously presented to any other court, state briefly which

24    grounds were not presented and why:

25    _Claim One: Recently received Declaration of Bob Gatlin, Claim Two: Recently_

26    _was informed witnesses were dismissed, and Claim Three: Recently_

27    _received MEMORANDUM OF POINTS AND AUTHORITIES on 09-13-07,_

28    _and was unaware of false acquisition by family members._

PET. FOR WRIT OF HAB. CORPUS      - 6 -

1           List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    _Jackson v. Virginia, 443 U.S. 307 99 S.CT. 2781_____

5    _Thompson v. Louisville, 362 U.S. 199, 80 S.CT. 624 4 L.Ed. 2d. 654_____

6    _Freeman v. Zahradnick, 429 U.S. 1111, 97 S.CT. 1150, 51 L. Ed. 2d. 566._

7    Do you have an attorney for this petition?                     Yes____    No ✗

8    If you do, give the name and address of your attorney:

9    _____

10         WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on __2-15-08__                   _Ismael Carranza .T_

14                  Date                                Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS       - 7 -



RECEIVED

MAR 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

LEGAL MAIL