UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARRANZA, ISMAEL TOVAR
                    Plaintiff,

vs.

JAMES A. YATES, WARDEN
                    Defendant.

CASE NO. _____ MHP

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, ISMAEL TOVAR CARRANZA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *City of Dallas Texas*
5  *Year 2002*
6  *Wages per month  $ 2,400.00*
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.     Business, Profession or              Yes ___  No ✗
10             self employment
11      b.     Income from stocks, bonds,           Yes ___  No ✗
12             or royalties?
13      c.     Rent payments?                        Yes ___  No ✗
14      d.     Pensions, annuities, or               Yes ___  No ✗
15             life insurance payments?
16      e.     Federal or State welfare payments,    Yes ___  No ✗
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                          Yes ___  No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____*NONE*_____
6    _____
7    5.   Do you own or are you buying a home?       Yes ___ No ✗
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.   Do you own an automobile?                  Yes ___ No ✗
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ____ No ✗ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.   Do you have a bank account?   Yes ____ No ✗ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ✓ No ___ Amount: $ ~~400.00~~ 391.83
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ___ No ✗
20   _____
21   8.   What are your monthly expenses?
22   Rent: $ _____—0—_____ Utilities: ____—0—_____
23   Food: $ _____15.00_____ Clothing: ____—0—_____
24   Charge Accounts:
25   Name of Account           Monthly Payment         Total Owed on This Acct.
26   _____ $ _____ $ _____—0—_____
27   _____ $ _____ $ _____—0—_____
28   _____ $ _____ $ _____—0—_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-15-08                                   *Ismael Carranza 39-T*

DATE                                      SIGNATURE OF APPLICANT

1
2                                                                Case Number: ~~5-08633-2~~

3
4
5
6
7

8                                    **CERTIFICATE OF FUNDS**

9                                                    **IN**

10                                       **PRISONER'S ACCOUNT**

11

12     I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of  Ismael Carranza  for the last six months
                                        [prisoner name]
14   Pleasant Valley State Prison  where (s)he is confined.
        [name of institution]

15     I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ 43.43  and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $ 391.83 .

18
19  Dated: 2/01/08                                    _____
                                                         [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                                REPORT DATE: 02/21/08
                                                                       PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             PLEASANT VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 21, 2007 THRU FEB. 21, 2008

ACCOUNT NUMBER  : V52236                      BED/CELL NUMBER: DFB2T20000000220U
ACCOUNT NAME    : CARRANZA, ISMAEL TOVAR                      ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                            TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION       COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----  -----------       -------       ---------   --------   -----------   -------
08/21/2007    BEGINNING BALANCE                                                     320.71
09/12 FC04  DRAW-FAC 4        1120 FAC D                                180.00      140.71
09/18*VOR1  REST OVERPMT      1200RESTIT                   146.00                   286.71
09/18 VOF1  ADMIN FEE-RES     1200RESTIT                    14.60                   301.31
10/02 FR01  CANTEEN RETUR     701359                                   165.95-      467.26
10/10 FC04  DRAW-FAC 4        1488 FAC D                                15.00       452.26
11/08 FC04  DRAW-FAC 4        1936 FAC D                                21.00       431.26
11/16 W516  LEGAL COPY CH     702075                                     0.70       430.56
12/12*FC04  DRAW-FAC 4        2432 FAC D                                15.00       415.56
12/20 D300  CASH DEPOSIT      2558 MR                      100.00                   515.56
ACTIVITY FOR 2008
01/09 FC04  DRAW-FAC 4        2819 FAC D                                20.00       495.56
02/06 W401  DONATION-ALCO     3275SOBGRA                                72.50       423.06
02/13 FC04  DRAW-FAC 4        3383 FACD                                 18.00       405.06
02/19 W536  COPAY CHARGE      3459 COPAY                                 5.00       400.06

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED:    / /                              CASE NUMBER: 050403212
COUNTY CODE:                                        FINE AMOUNT: $        0.00

DATE      TRANS.  DESCRIPTION                            TRANS. AMT.      BALANCE
----      ------  -----------                            -----------      -------
08/21/2007         BEGINNING BALANCE                                       146.00-
09/18/07  VOR1    REST OVERPMT ONLY                         146.00           0.00

  *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
  *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE   2/21/08

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/21/08
                                                           PAGE NO:          2
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                        PLEASANT VALLEY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: AUG. 21, 2007 THRU FEB. 21, 2008

ACCT: V52236      ACCT NAME: CARRANZA, ISMAEL TOVAR         ACCT TYPE: I

                          TRUST ACCOUNT SUMMARY
                 -------------------------------------------------------
                 BEGINNING    TOTAL       TOTAL       CURRENT     HOLDS        TRANSACTIONS
                 BALANCE      DEPOSITS    WITHDRAWALS BALANCE     BALANCE      TO BE POSTED
                 ---------    --------    ----------- -------     -------      ------------
                   320.71      260.60       181.25    400.06        0.00           0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                           400.06
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/21/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE

## PROOF OF SERVICE BY MAIL

1. I, _ISMAEL TOVAR CARRANZA_, declare;

I am at least 18 years of age, and a party / and not a party to the attached herein cause of action. My mailing address is;

PLEASANT VALLEY STATE PRISON
FACILITY D, BUILDING _2_, CELL _220-4_
POST OFFICE BOX 8504
COALINGA CALIFORNIA
93210-8504

On _March 15_, 20_08_, I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the U.S. Postal Service:

1. _WRIT OF HABEAS CORPUS_
2. _IN FORMA PAUPERIS_
3. _____
4. _____

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. _OFFICE OF THE CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVENUE, SAN FRANCISCO,_
2. _CALIFORNIA 94102_
3. _____
4. _____

I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of _____, 20___, at Coalinga, California.

Petitioner / Declarant IN PRO PER