```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018054
Cashier ID: nudot
Transaction Date: 04/10/2008
Payer Name: Phil Angelides, Treasurer
------------------------------------
WRIT OF HABEAS CORPUS
 For: Ismael Tovar Carranza
 Case/Party: D-CAN-3-08-CV-001586-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 202-056169
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C-08-1586-MHP (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

ISMAEL TOVAR CARRANZA V-52236
PLEASANT VALLEY STATE PRISON
P.O. Box 8504
COALINGA, CA. 9321-8504

BAKERSFIELD CA 933
MOJAVE CA
08 APR 2008 PM 1 T

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102