UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL TOVAR CARRANZA, | No. C 08-1586 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. / | |

This action is dismissed without prejudice to petitioner presenting his claims in a timely filed amended petition in his earlier-filed habeas action.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 23, 2008

Marilyn Hall Patel
United States District Judge